Argued and submitted August 14, 1991, affirmed August 26, reconsideration denied October 28, petition for review allowed November 24, 1992 (314 Or 727)

STATE OF OREGON,
*Respondent,*

*v.*

DAVID R. BRAWNER,
*Appellant.*

(P128161; CA A67877)

836 P2d 748

Donald P. Roach, Portland, argued the cause and filed the brief for appellant.

Stephanie S. Andrus, Certified Law Student, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Brenda J Peterson, Assistant Attorney General, Salem.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

Affirmed. *State v. Trenary*, 114 Or App 608, 836 P2d 739 (1992).